UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pieper Construction Company,
a Minnesota corporation,

Plaintiff,

vs.

Stevens Construction Corp., a
Wisconsin corporation,

Defendant.

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Civ. NO. 01-2364 (DWF/RLE)

The above entitled matter having been amicably resolved between the parties is hereby dismissed with prejudice and without costs to either party.

Dated: October 14, 2002

ALAN B. FISH, P. A.

Alan B. Fish, #238120
Attorney for Plaintiff
109 Second Street Northeast
Roseau, MN 56751
(218) 463-2088

HANFT FRIDE, P.A.

Dated: November 7, 2002

R. Thomas Torgerson, #170367
Attorney for Defendant
1000 U. S. Bank Place
130 West Superior Street
Duluth, MN 55802-2094
(218) 722-4766

FILED NOV 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

# ORDER

The above entitled matter having been resolved by and between the parties is hereby dismissed with prejudice and without costs to either party.

BY THE COURT:

Dated: 11-15-02

Judge/~~Magistrate~~ of District Court